UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Docket No. 2007-24-DLM |
| ARMAN TER-ESAYAN : | |

**MOTION FOR PRO HAC VICE**

Defendant, Arman Ter-Esayan, hereby moves that Attorney Raipher D. Pellegrino be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Date: March 1, 2007

/s/Raipher D. Pellegrino

Raipher D. Pellegrino
BBO #560614
Denner Pellegrino, LLP
265 State Street
Springfield, MA 01103
Tel. No. (413) 746-4400
Fax No. (413) 746-2816

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.
2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are not disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.
3. I have never been convicted of any crime other than minor traffic offenses.
4. Except as listed below, I have not been admitted or applied *pro hac vice* in any case in this District during the past 12 months.
5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.
6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.
7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Date: March 1, 2007

/s/Raipher D. Pellegrino
Raipher D. Pellegrino, Esquire

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ John P. Walsh ____________________
John P. Walsh
RI Bar ID# 6709
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
Tel. No. (401) 824-5100
Fax No. (401) 824-5123

**ORDER**

This motion is hereby ______________________________________________

____________________________
District Judge

Date: March , 2007