# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. 1:07-M-24M***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ARMAN TER-ESAYAN,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **6th** day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
[illegible]
[illegible]
on the [illegible] ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: March 2, 2007.

David A. DiMarzio, Clerk

Detention Hearing

***By*** ***Martha Saucier - Deputy Clerk***