**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **DOCKET NO. 07-M24-M** |
| **ARMAN TER-ESAYAN** | ) | |

**MOTION TO WITHDRAW**

Arman Ter-Esayan ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order permitting his attorneys William P. Devereaux and Raipher D. Pellegrino to withdraw as counsel of record for the defendant. As the basis for this motion, undersigned counsel avers that the defendant has retained Attorneys John E. MacDonald and Mark J. Geragos to represent him in this matter.

WHEREFORE, the defendant respectfully asks that the Court grant his motion and allow Attorneys Devereaux and Pellegrino to withdraw as counsel of record.

Dated: May 15, 2007

Respectfully submitted,
ARMAN TER-ESAYAN
By his attorneys,

/s/ William P. Devereaux

William P. Devereaux (#2241)
PANNONE, LOPES & DEVEREAUX
1800 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 824-5100
Fax (401) 824-5123

- And -

/s/ Raipher D. Pellegrino

Raipher D. Pellegrino, *Pro Hac Vice*
DENNER PELLEGRINO, LLP
265 State Street
Springfield, MA 01103
(413) 746-4400

Certificate of Service

I certify that on May 15, 2007, I served a copy of the within Motion to Withdraw upon all counsel of record via ECF.

/s/ William P. Devereaux

William P. Devereaux